**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Melvin Anderson | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 23-cv-4069 |
| | ) | |
| v. | ) | AMENDED COMPLAINT FOR |
| | ) | VIOLATION OF CIVIL RIGHTS |
| Chicago Police Officers Diondre Sweezer, | ) | |
| Star No. 19307, and Demetrious | ) | |
| Robinson-Stanford Star No. 11341, | ) | **JUDGE JENKINS** |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

**JURISDICTION AND VENUE**

1.      This action arises under the United States Constitution and the Civil Rights Act of 1871 (42 U.S.C. Section 1983).  This court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343 and 1331 and 1367.

2.      Venue is founded in this judicial court upon 28 U.S.C. Section 1391 as the acts complained of arose in this district.

**PARTIES**

3.      At all times herein mentioned, Plaintiff Melvin Anderson was and is a citizen of the United States and was within the jurisdiction of this court.

4.      At all times herein mentioned, Deondre Sweezer, Star No. 19307 ("Sweezer"), was employed by the Chicago Police Department as a police officer and was acting under color of state law and as the employee, agent, or representative of the Chicago Police Department. This Defendant is being sued in his individual capacity.

5. At all times herein mentioned, Demetrious Robinson-Stanford, Star No. 11341 ("Robinson-Stanford"), was employed by the Chicago Police Department as a police officer and was acting under color of state law and as the employee, agent, or representative of the Chicago Police Department. This Defendant is being sued in his individual capacity.

**FACTUAL ALLEGATIONS**

6. On or about October 16, 2022, Plaintiff was lawfully walking on a sidewalk in a public place, near the intersection of Springfield and Huron Streets, City of Chicago, County of Cook, State of Illinois.

7. At that place and time and place Sweezer and Robinson-Stanford seized Plaintiff's person.

8. Defendants seized Plaintiff by grabbing his person, restraining his freedom of movement, and verbally indicating that he was not free to leave.

9. At the time Defendants seized Plaintiff's person they were dressed in their Chicago Police Department uniforms and were operating a Chicago Police Department vehicle.

10. At the time Defendants seized Plaintiff's person they were not aware of any information indicating that Plaintiff had committed or was about to commit a crime.

11. At the time Plaintiff was seized by Defendants he had not committed any crimes and was not about to commit any crimes.

12. After seizing Plaintiff's person Defendants searched Plaintiff.

13. At the time Defendants searched Plaintiff they did not have any information indicating that Plaintiff was in possession of any weapon, illegal substance, or stolen object. After

2

searching Plaintiff's person Defendants did not recover any weapon, illegal substance, stolen object, or other evidence of any criminal conduct by Plaintiff.

14. During the course of Plaintiff's seizure Sweezer and Robinson-Stanford intentionally used force against Plaintiff that caused his clothing to be torn.

15. After seizing Plaintiff, intentionally using force against Plaintiff, and searching Plaintiff Defendants released him from their custody at the location of the seizure without transporting him to a police facility or subjecting him to a custodial arrest.

16. There was no factual basis or legal cause for Sweezer or Robinson-Stanford to seize Plaintiff or search his person.

17. Despite there being no factual or legal basis for Sweezer and Robinson-Stanford to seize Plaintiff he did not resist the seizure.

18. No arrest warrant had been issued directing or authorizing the seizure of Plaintiff.

19. Plaintiff did not consent to being seized or searched by Defendants.

20. By reason of the above-described acts and omissions of Sweezer and Robinson-Stanford, Plaintiff sustained injuries, including but not limited to, humiliation and indignities, and suffered great mental and emotional pain and suffering all to his damage in an amount to be ascertained.

21. The aforementioned acts of Sweezer and Robinson-Stanford were willful, wanton, malicious, oppressive and done with reckless indifference to and/or callous disregard for Plaintiffs' rights and justify the awarding of exemplary and punitive damages in an amount to be ascertained according to proof at the time of trial.

22. By reason of the above-described acts and omissions of Sweezer and Robinson-Stanford, Plaintiff was required to retain an attorney to institute, prosecute and render legal

3

assistance to him in the within action so that he might vindicate the loss and impairment of their rights. By reason thereof, Plaintiff requests payment by Defendants, of a reasonable sum for attorney's fees pursuant to 42 U.S.C. Section 1988, the Equal Access to Justice Act or any other provision set by law.

**COUNT I**
**Plaintiff Against Sweezer and Robinson-Stanford For**
**<u>UNLAWFUL SEIZURE</u>**

23. Plaintiff hereby incorporates and realleges paragraphs one (1) through twenty-two (22) hereat as though fully set forth at this place.

24. By reason of the conduct of Sweezer and Robinson-Stanford, Plaintiff was deprived of rights, privileges and immunities secured to him by the Fourth Amendment of the Constitution of the United States and laws enacted thereunder.

25. The seizure and search of Plaintiff's person was in violation of Plaintiff's Constitutional Rights and not authorized by law. Defendants restrained Plaintiff's freedom and searched his person without any factual basis for believing that Plaintiff was about to commit or had committed a crime. These acts were in violation of Plaintiff's Fourth Amendment rights. Therefore, Defendants are liable to Plaintiff pursuant to 42 U.S.C. § 1983.

**COUNT II**
**Plaintiff against Sweezer and Robinson-Stanford for**
**EXCESSIVE FORCE**

26. Plaintiff hereby incorporates and realleges paragraphs one (1) through twenty-two (22) hereat as though fully set forth at this place.

27. During and after Plaintiff's seizure Sweezer and Robinson-Stanford intentionally used force against Plaintiff's person to the extent that is ripped Plaintiff's clothing.

4

28. Defendants intentionally used force against Plaintiff's person despite the fact that Plaintiff did not resist Defendants' seizure of his person.

29. There was no cause for Sweezer and Robinson-Stanford to use any force against Plaintiff.

30. By reason of the conduct of Sweezer and Robinson-Stanford, Plaintiff was deprived of rights, privileges and immunities secured to him by the Fourth Amendment to the Constitution of the United States and laws enacted thereunder. The physical violence inflicted upon Plaintiff was unnecessary, unreasonable, and excessive, and was therefore in violation of his Fourth Amendment Rights. Therefore, Defendants Sweezer and Robinson-Stanford are liable to Plaintiff pursuant to 42 U.S.C. § 1983.

WHEREFORE, the Plaintiff, by and through his attorneys, ED FOX & ASSOCIATES, request judgment against the Defendants as follows:

1. That the Defendants be required to pay Plaintiff's general damages, including emotional distress, in a sum to be ascertained;

2. That the Defendants be required to pay Plaintiff's special damages;

3. That the Defendants be required to pay Plaintiffs' attorney's fees pursuant to Section 1988 of Title 42 of the United States Code, the Equal Access to Justice Act or any other applicable provision;

4. That the Defendants be required to pay punitive and exemplary damages in a sum to be ascertained;

5. That the Defendants be required to pay Plaintiff's costs of the suit herein incurred; and

6. That Plaintiff has such other and further relief as this Court may deem just and proper.

5

BY:     s/Garrett Browne

ED FOX & ASSOCIATES, Ltd.
Attorneys for Plaintiff
118 N. Clinton
Suite 425
Chicago, Illinois 60661
(312) 345-8877
gbrowne@efox-law.com

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

BY:     s/Garrett Browne

ED FOX & ASSOCIATES
Attorneys for Plaintiff
118 N. Clinton
Suite 425
Chicago, Illinois 60661
(312) 345-8877
gbrowne@efox-law.com